**Edward WITHERS,
Claimant/Respondent,**

v.

**LORENZ & ASSOCIATES, INC.,
Defendant/Appellant,**

and

**Division of Employment Security,
Respondent.**

No. 73714.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 15, 1998.

Mark W. Weisman, Gallop, Johnson & Neuman, L.C., St. Louis, for appellant.

Edward Withers, Hillsboro, pro se.

Alan J. Downs, St. Louis, for respondents.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

### ORDER

PER CURIAM.

Employer, Lorenz & Associates, Inc. appeals from the order of the Labor and Industrial Relations Commission finding claimant was not disqualified for benefits by reason of his voluntary separation from work. We af-

firm the judgment pursuant to Rule 84.16(b). The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record and no error of law appears. An extended opinion would have no precedential value.